plaintiff-appellant. *Perlman, Garber & Holtz, P. C.,* for defendant-appellee Michigan Mortgage Corporation. Reported at 396 Mich 106.


COOK V DEPARTMENT OF TREASURY. (Docket No. 55941.) Rehearing denied. *Fraser, Trebilcock, Davis & Foster* for plaintiffs-appellants. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Richard R. Roesch,* Assistant Attorney General, for defendant-appellee. Reported at 396 Mich 176.


TUCSON V FARRINGTON. (Docket No. 56276.) Rehearing denied. *Charles Rubiner* and *Arthur James Rubiner* for plaintiffs-appellees. *Bush, Luce, Henderson, Black & Bankson* and *Eugene F. Black* for defendants-appellants. Reported at 396 Mich 169.


PEOPLE V ALVIN JOHNSON. (Docket No. 55577.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Edward Reilly Wilson,* Research, Training and Appeals, and *Timothy A. Baughman,* Assistant Prosecuting Attorney, for the people. State Appellate Defender for defendant-appellant. Reported at 396 Mich 424.